FIFTY-FIRST ANNUAL REPORTS, 1899.    1825

State ex rel. People's Debenture Co., Ltd., vs. Judge.

No. 13,098.

STATE OF LOUISIANA EX REL. THE PEOPLE'S DEBENTURE COMPANY, LIM-
ITED, VS. HON. GEORGE H. THEARD, JUDGE, ET ALS.

ON APPLICATION for writs of *certiorari* and prohibition.

*Charles Rosen* and *George C. Preot* for Relator.

Respondent Judge *pro se.*

*M. J. Cunningham* Attorney General, (*F. E. Rainold* and *Stifft and Madison,* of Counsel), for the State of Louisiana, Respondent.

Submitted on briefs February 27, 1899.
Opinion handed down June 28, 1899.

The opinion of the court was delivered by

WATKINS, J.    The issues in the case of the State of Louisiana vs. The People's Debenture Company, Limited, No. 13,104, having been disposed of by judgment affirming the judgment of the District Court, and annulling the charter of the company, and reversing the said judgment of the court in respect to the matter of receivership or li- quidator, and setting everything connected with the matter of said receivership at large, there is no necessity for us to pass directly upon this application.

For that reason, the orders heretofore issued herein are set aside, and the relief prayed for is refused.

MONROE, J., takes no part, as the case was submitted prior to his appointment to this court.